**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH SHAWN CHAVEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00213-007 AWI-BAM |
| Plaintiff, | |
| v. | **REQUEST FOR EXTENSION OF DATE TO SURRENDER; ORDER** |
| JOSEPH SHAWN CHAVEZ, JR., | |
| Defendant. | |

**TO: THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY KIRK E. SHERRIFF:**

Defendant, JOSEPH SHAWN CHAVEZ, is currently scheduled to surrender on February 8, 2016. Attached hereto is an Order Prescribing Notice for a Guardianship Hearing regarding the Defendant's 16 year old daughter which is set for March 7, 2016.

The Defendant's wife, Lucia Chavez, is scheduled to surrender on January 11, 2016. Mr. and Mrs. Chavez have two children, a son, Nathaniel, who is 21 years of age and a daughter, Lexie, who is 16 years of age, who must have a guardian appointed while her parents are incarcerated.

It is respectfully requested that Mr. Chavez's surrender date be extended to April 1, 2016, in order to allow him to attend the Guardianship hearing on March 7, 2016. An

additional three weeks is also requested in case documents need to be filed with the Superior Court since this procedure is being done in pro per.

On December 29, 2015, the Government advised this office that it will not stipulate to any requests for an extension due to the Court's lack of jurisdiction beyond the seven days of the sentencing date which occurred on October 19, 2015.  The past practice has been to grant these continuances if justice so required.

It is respectfully submitted that Joseph Chavez's surrender date be extended to April 1, 2016, to allow him to attend the Guardianship Hearing on March 7, 2016, since he would be the only parent available to appear.

Respectfully submitted,

DATED:     January 4, 2016     By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSEPH SHAWN CHAVEZ

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the surrender date of Defendant Joseph Chavez to the Bureau of Prisons be extended from February 8, 2016, to April 1, 2016, with all other orders and conditions to remain in effect until such surrender.

IT IS SO ORDERED.

Dated:  January 4, 2016     _____
SENIOR  DISTRICT  JUDGE

2